UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TORR MARIO DUCEY,<br><br>      Plaintiff,<br><br>  -vs-<br><br>OFFICERS MATT MEYERS and MATT LEE, members of the Yakima Police Department,<br><br>      Defendants. | NO.  CY-02-3080-LRS<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT DISMISSING PLAINTIFF'S REQUEST FOR PUNITIVE DAMAGES** |

Pending before the Court is Defendants Matt Meyers and Matt J. Lee's Motion for Partial Summary Judgment Dismissing Plaintiff's Request for Punitive Damages," Ct. Rec. 121, filed May 29, 2006.  Plaintiff did not respond to this motion, although at the scheduled telephonic status conference on July 21, 2006, he indicated, through counsel, that he was not pursuing punitive damages and did not oppose Defendants' instant motion.  The parties agreed that the hearing date for Defendants' motion should be vacated.  Accordingly,

**IT IS ORDERED** that Defendants' Motion for Partial Summary Judgment Dismissing Plaintiff's Request for Punitive Damages," Ct. Rec. 121, filed May 29, 2006 is **GRANTED**.  The hearing date set for July 27, 2006 at 2:30 p.m. in Yakima, Washington is **VACATED**.

ORDER - 1

1  The District Court Executive is directed to file this Order and
2  provide copies to counsel.
3  **DATED** this 25th day of July, 2006.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER - 2