UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| TORR MARIO DUCEY, | ) | |
| | ) | |
| Plaintiff, | ) | NO. CV-02-3080-LRS |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| OFFICERS MATT MEYERS and MATT LEE, members of the Yakima Police Department, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

Based upon the Stipulation of the parties dated October 20, 2006 (Ct. Rec. _____), **IT IS HEREBY ORDERED** that this action is dismissed as to the remaining defendants Matthew Myers and Matthew Lee with prejudice and without costs or fees.  The Judgment entered in the U.S. District Court in favor of the City of Yakima on January 5, 2004, which was affirmed by the U.S. Court of Appeals for the Ninth Circuit in a Judgment entered in the U.S. Court of Appeals for the Ninth Circuit in favor of the City of Yakima on October 7, 2005, remains intact.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel **AND CLOSE THE FILE**.

DATED this 8th day of November, 2006.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL